PER CURIAM.

(No. 75-CC-147— 

MITTENDORF'S FOOD CENTER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed December 4, 1974.*

J. W. MITTENDORF, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM. 